UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD WAYNE HARRIS,

        Petitioner,

v.                                        Case Number: 09-cv-12898
                                          Honorable Victoria A. Roberts

THOMAS BIRKETT,

        Respondent,
_____/

## ORDER DENYING PETITIONER'S MOTION TO EXPEDITE HABEAS PETITION

Petitioner Ronald Wayne Harris, a state inmate currently confined at Camp Lehman in Grayling, Michigan, filed a *pro se* Habeas Corpus Petition under 28 U.S.C. § 2254. Petitioner commenced this proceeding by raising four issues for review, challenging the constitutionality of his incarceration. His current maximum discharge date is August 26, 2034. Pending before the Court is his "Motion for Expedited Consideration" [dkt. # 3]. For the reasons set forth below, the Motion is denied.

I.

Petitioner filed a Motion requesting that the Court expedite its decision relative to his Habeas Petition. In the present case, Petitioner has failed to show good cause to expedite a ruling on his Petition for habeas relief. Petitioner has not demonstrated that reviewing this matter in the Court's normal course would be prejudicial to his interests or constitute undue delay, specifically in light of the fact that Respondent's Answer and the Rule 5 materials have not yet been filed–due February 3, 2010. Therefore, the Court will deny Petitioner's request for the Court to immediately consider his Habeas Petition.

II.

Accordingly, **IT IS ORDERED** that Petitioner's "Motion for Expedited Consideration" [dkt. # 3] is **DENIED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  October 19, 2009

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Ronald Wayne Harris by electronic means or U.S. Mail on October 19, 2009.<br><br>s/Linda Vertriest<br>Deputy Clerk |